**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IVAN F.M.,

Petitioner,

v.

TODD BLANCHE, *U.S. Attorney General*;

ERIC KLANG, *Sheriff, Crow Wing County*;

DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*;

DAVID VENTURELLA, *Acting Director, U.S. Immigration and Customs Enforcement*;

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*,

Respondents.

Civil No. 26-4012 (JRT/DLM)

**ORDER DENYING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

---

Steven T. Appelget, **APPELGET LAW OFFICE**, 1102 Grand Avenue, Saint Paul, MN 55105, for Petitioner.

David W. Fuller, Derek Ganzhorn, and Pedro Del Valle, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Federal Respondents.

On October 30, 2026, the Court granted Petitioner Ivan F.M.'s Motion to Enforce Judgment and ordered Petitioner released in Minnesota within 24 hours. (Docket No. 29.) Respondents informed the Court that Petitioner had been moved to Jackson Parish

Correction Center in Louisiana after accepting voluntary departure. (Docket No. 31.) Petitioner has since contacted the U.S. Department of Homeland Security to request that his voluntary departure be withdrawn. (Docket No. 36.) Petitioner has confirmed that he wishes to be returned to Minnesota and released in accordance with the Court's October 30 Order. (Docket No. 34.)

On November 3, 2026, the Court ordered Respondents to comply with the Court's October 30 Order to release Petitioner in Minnesota and to file a declaration with the court stating when and where Petitioner will be released. (Docket No. 37.) On November 4, 2026, Respondents timely informed the Court that Petitioner will be moved to El Paso, Texas today, and that Respondents intend to manifest Petitioner on a flight from El Paso to Minnesota on November 6, 2026. (Decl. of Steve Draves ¶ 7, Nov. 4, 2026, Docket No. 38.) In response, Petitioner filed an emergency Motion for Temporary Restraining Order ("TRO") requesting Petitioner not be moved at all unless and until he can be moved directly to Minnesota. The Court will deny the motion for a TRO but emphasizes that Respondents must release Petitioner in Minnesota no later than 5:00 p.m. on Friday, November 6.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner Ivan F.M.'s Emergency Motion for Temporary Restraining Order (Docket No. [39]) is **DENIED**.

2. The Court reiterates that its October 30 Order (Docket No. [29]) is still in effect and Respondents must release Petitioner with all personal effects and without conditions in Minnesota, at a public, non-secure location, with at least 12 hours' notice to counsel and to immigration counsel John Barham.

3. Respondents shall provide the Court with a status update concerning the status of Petitioner's release **no later than 5:00 p.m. on November 6, 2026.**

DATED: November 4, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge