**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IVAN F.M.,

Petitioner,

v.

TODD BLANCHE, *U.S. Attorney General*;

ERIC KLANG, *Sheriff, Crow Wing County*;

DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*;

DAVID VENTURELLA, *Acting Director, U.S. Immigration and Customs Enforcement*;

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*,

Respondents.

Civil No. 26-4012 (JRT/DLM)

**ORDER**

Steven T. Appelget, **APPELGET LAW OFFICE**, 1102 Grand Avenue, Saint Paul, MN 55105, for Petitioner.

David W. Fuller, Derek Ganzhorn, and Pedro Del Valle, IV, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Federal Respondents.

The Court reviewed the Status Update submitted by Petitioner regarding the potential invalidity of the signatures on the Form I-205 Warrant of Removal. (Nov. 20, 2026, Docket No. 58.) The Court has reviewed the relevant documents. (Nov. 7, 2026, Docket No. 49.) On the record before the Court, the Court cannot identify who signed

the I-205 Warrant of Removal and if the signing official had proper authority under ICE's regulations. *See* 8 C.F.R. § 241.2(a)(1) (denoting the list of immigration officials authorized to issue a Form I-205 Warrant of Removal). The Court will order Respondents to provide further information about the identity and process by which Respondents issued the Form I-205 Warrant of Removal so that the Court can determine whether Petitioner's arrest on November 6, 2026 was in compliance with ICE's own regulations.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. **No later than three days from the filing of this Order**, Respondents shall file a declaration under 28 U.S.C. § 1746 by David B. Easterwood, based on his personal knowledge, stating whether he personally signed the November 6 Form I-205 Warrant of Removal.

    a. If David B. Easterwood did not personally sign the November 6 Form I-205 Warrant of Removal, Respondents shall file a declaration under 28 U.S.C. § 1746 by the person who did sign I-205. The declaration shall include that person's name, title, and the authority under which he or she signed. The declaration shall include all affidavits and exhibits that are necessary to establish the lawfulness of Petitioner's detention in light of the issues raised in Petitioner's November 20 Status Update (Docket No. [58]).

b. If the validity of the Form I-205 Warrant of Removal remains unclear after submission of the declaration, the Court may schedule an evidentiary hearing to resolve the issue.

2. The Court reiterates that its November 9 Order (Docket No. [51]) is still in effect and Petitioner shall not be moved from Sherburne County Jail without further order of this Court.

DATED: November 24, 2026
at Minneapolis, Minnesota.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge